UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Springfield Division)

JOHNNY W GREEN, JR.,

                Plaintiff,

        v.                                  Civil Action No:_____

ESTES EXPRESS LINES,

                Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

**TO:**    The Honorable Judges of the United States District Court for the District of Massachusetts:

    Defendant Estes Express Lines hereby provides notice of removal of this action to the United States District Court for District of Massachusetts, Springfield Division, from the Hampden County Superior Court, Commonwealth of Massachusetts, and states as follows:

    1.      Plaintiff Johnny W. Green, Jr. filed this civil action in the Hampden County Superior Court of the Commonwealth of Massachusetts, on or about June 5, 2013, claiming wrongful termination, breach of implied covenant of good faith and fair dealing, negligent breach of contract duty, negligent misrepresentation, and breach of employment contract. (Complaint, pp. 2-4). *Infra*.  The Hampden County Superior Court docketed the matter as Civil Action No. HDCV2013-00398-A (the "Civil Action").

    2.      Defendant Estes Express Lines was served with the Complaint and Summons on or about June 12, 2013.  Copies of the Summons, Complaint and Civil Action Cover

Sheet (served with the Complaint) are attached hereto as **Exhibits A, B** and **C**, respectively. There have been no further proceedings in this case.

3.      Pursuant to 28 U.S.C. § 1441:

> (a) [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4.      Pursuant to 28 U.S.C. § 1332, the District Courts have original jurisdiction over all civil actions where the matter in controversy exceeds $75,000.00 and is between citizens of different states.

5.      Plaintiff alleges in the Complaint that he is a resident of Hampden County, Massachusetts (Complaint, ¶ 1).   Plaintiff further alleges, and Defendant admits, that Defendant is a corporation with its principal place of business located in Richmond, Virginia (Complaint, ¶ 2).  Defendant is likewise incorporated under the laws of the Commonwealth of Virginia.  The Complaint demands monetary damages including lost wages and benefits since Plaintiff's employment termination by Defendant in June of 2010, as well as compensatory damages for emotional and or mental anguish.  (Complaint, pp. 2-4).  Plaintiff also alleges that he has sustained damages in the total amount of $300,000 (Civil Action Cover Sheet).  Based upon Plaintiff's allegations, and the potential wages and benefits which Plaintiff would have received had he continued to work for Defendant, Defendant maintains that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.  Therefore, diversity of citizenship jurisdiction exists pursuant to 28 U.S.C. § 1332 and this Civil Action is removable to this Court pursuant to 28 U.S.C. § 1441.

6.      The Springfield Division of the United States District Court for the District of Massachusetts is the judicial district and division embracing the place where this Civil Action is pending.  *See* 28 U.S.C. § 101.

7.      Plaintiff initiated the Civil Action in Hampden County, which is located within this Court's venue.

8.      This Notice of Removal is timely filed with this Court within thirty (30) days after Defendant first received a copy of the Complaint.  *See* 28 U.S.C. § 1446(b).

9.      In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, including the Complaint, that have been served on Defendant are attached to this Notice of Removal as Exhibits A, B and C.

10.     After the filing of this Notice of Removal of the Civil Action with this Court, (a) written notice of the filing of this Notice will be given by the attorney for Defendant to Plaintiff and all other parties as provided by law, (b) a certified copy of this notice will be filed with the Clerk of the Hampden Superior Court, Hampden County, Massachusetts, and (c) certified copies of all pleadings on file in said Hampden Superior Court will be filed with this Court.

11.     Defendant has good and sufficient defenses to Plaintiff's claims in this action.

12.     No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, Defendant Estes Express Lines hereby provides notice that Civil Action No. HDCV2013-00398-A is removed from the Hampden Superior Court, Hampden County Massachusetts to this Court for all further proceedings.

ESTES EXPRESS LINES
By its attorney,

July 2, 2013                    *s/ Wesley S. Chused* _____
                               Wesley S. Chused
                               LOONEY & GROSSMAN LLP
                               101 Arch Street
                               Boston, MA  02110
                               Telephone:  (617) 235-8651
                               Facsimile:  (617) 951-2819
                               wchused@lgllp.com

                               **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed manually or through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (see below) on this 2nd day of July 2013.

John D. Ross, III, Esq. - jackross@rossrosspc.com
121 State Street, Suite 201
Springfield, MA 01103

*/s/ Wesley S. Chused*

4840-8065-8708, v. 1