# Ex. D

| ESTES<br>HUMAN RESOURCES<br>POLICY AND PROCEDURES | REVISED:<br><br>July 1, 2007 | NUMBER:<br><br>HR 1.00 (P) |
|---|---|---|
| | ORIGINAL DATE OF ISSUE:<br><br>February 23, 1999 | PAGE:<br><br>1 of 3 |

*This document/communication is approved and may be utilized by all Estes corporate operating entities, divisions and affiliates although they are separate legal entities.*

## CODE OF CONDUCT POLICY

Our company is long known for its belief in adhering to a high standard for both personal and business ethics. In keeping with this belief, and in order for all of us to work in a comfortable and productive environment, each member of Estes is expected to abide by basic standards of good conduct. These are standards of common honesty and decent behavior that are expected of all good citizens. Adherence to these standards will produce an enjoyable and preferred place to work.

It is not possible to list in detail everything that a person should or should not do under all circumstances. The following represents a non-exclusive list of conduct that cannot be tolerated if we are to meet the goal of good personal and business ethics. The violation of any of these standards will subject an employee to disciplinary action, up to and including discharge. Such may be the case with or without prior warning given the seriousness of the infraction, as well as other factors that go into an analysis of the conduct. Accordingly, depending upon the circumstances and seriousness of the offense, a person may be discharged for even one violation of these rules.

PERSONAL CONDUCT:

**Theft**–Theft of any kind, or the failure to report theft of company property, equipment or time, or other property.

- **Company Property and/or Equipment**–Unauthorized use and/or possession of company property and/or equipment. Including the destruction and/or damage of property or equipment.
- **Company Paid Time**–Punching another employee's timecard, or allowing another employee to punch your timecard. Sleeping, loafing and loitering on the job. Improper use or abuse of paid time off. Unexcused absences which include but are not limited to leaving company premises or work duties during working hours without appropriate supervisory permission.
- **Company Confidential Information**–Disclosure of confidential company information to persons outside the company.

**Dishonesty and Lying**–Providing false, inaccurate and/or incomplete information. This includes:

- **Company Documents**–including employment application, medical forms and all other employment related forms.
- **Government Forms.**
- **Verbal or Written Responses**–to any request or inquiry made by company management.
- **Operating Company Vehicles Without Proper License**–including suspended or revoked driver's license.

5

| | REVISED: | NUMBER: |
|---|---|---|
| **ESTES HUMAN RESOURCES POLICY AND PROCEDURES** | July 1, 2007 | HR 1.00 (P) |
| | ORIGINAL DATE OF ISSUE: | PAGE: |
| | February 23, 1999 | 2 of 3 |

*This document/communication is approved and may be utilized by all Estes corporate operating entities, divisions and affiliates although they are separate legal entities.*

- **Tampering**–with speed control devices.
- **Working Off the Clock or Failing/Refusing to take Required or Assigned Unpaid Lunch or Breaks and Continuing to Work.**

**Disruption of Production**–including solicitation, harassment and/or fighting.

- **Creating a Disturbance or Disruption**–fighting or assaulting anyone on company property, in company equipment or during work time.
- **Harassment**–on the basis of sex, race, color, religion, age, disability, national origin, veteran's status or any other protected status. Including the use of threatening, abusive, vulgar or profane language. Comments – oral or written, or actions of a sexual, racial or other discriminatory nature.
- **Disorderly, Offensive, Immoral or Improper Conduct**–with other employees, customers or the general public on company property, equipment or time. Including the failure to treat with respect and courtesy our customers and others with whom we work and do business.
- **Interfering**–with or restricting the work of other employees.
- **Soliciting Employees or Distribution of Literature**–to co-workers for any reason whatsoever without the prior approval of management.

**Poor Performance**–failure to perform to acceptable standards.

**Unacceptable Behavior, Insubordination**–including failure to follow company rules, policies, procedures or supervisor's instructions.

- **Insubordination**–or failure to follow a supervisor's instructions. Including the failure to observe supervisory rules, practices, failure to perform jobs assigned and/or functions of your job.
- **Refusal to Sign the Acknowledgement**–of receipt of corrective action form or other required company document.
- **Neglecting Duties.**
- **Excessive Absences**–excused or unexcused absence including excessive tardiness.
- **Failure to Follow Call-in Procedures**–for absences on scheduled days of work.
- **Transporting Unauthorized Individuals**–in company vehicles.
- **Committing Any Criminal, Immoral, Disreputable Act, or Act which is Injurious to Company Reputation**–on company property, in company equipment, during work time, or elsewhere.
- **Arrest or Conviction** – for a criminal offense or failing to immediately report same within two (2) days to your manager.
- **Gambling**–on company property, in company equipment or during work time.

6

| | REVISED: | NUMBER: |
|---|---|---|
| **ESTES**<br>**HUMAN RESOURCES**<br>**POLICY AND PROCEDURES** | July 1, 2007 | HR 1.00 (P) |
| | ORIGINAL DATE OF ISSUE: | PAGE: |
| | February 23, 1999 | 3 of 3 |

*This document/communication is approved and may be utilized by all Estes corporate operating entities, divisions and affiliates although they are separate legal entities.*

SAFETY AND HEALTH:

- **Violations of the Safety Policies and Procedures**–including the neglect of duties, failure to work to safe standards or otherwise interfering with the safe work of others.
- **Creating or Contributing to Unsanitary or Unsafe Conditions**.
- **Engaging in Horseplay**–practical jokes or any action endangering an employee, customer or other person.
- **Failure to Immediately and Promptly Report**–all vehicular accidents and on the job injuries.

Drugs, Controlled Substances and Alcohol

- **Testing Positive**–on a drug or alcohol test; including the taking of prescribed medication of others.
- **Refusing a Drug Test**–or otherwise failing to cooperate in the administration of a drug or alcohol test.
- **Possession on Company Property**–manufacture, sale, transit, distribution or use of illegal drugs, controlled substances or alcohol on company property including company equipment and/or on company time.
- **Arrest or Conviction**–for a violation of a drug, controlled substance or alcohol criminal statute or failing to immediately report within five (5) days such arrest or conviction to company manager.
- **Any Violation**–of company or government statute or regulation relating to illegal drugs, controlled substances or alcohol.

SECURITY:

- **Firearms**–Possession and/or use of any firearm or weapon on company property, equipment or time is not allowed.

It is not impossible to comply with any of these standards. They are merely matters of common decency and respect for others. Remember too that the above list represents only some examples of conduct that cannot be tolerated so that we may all work and live together in harmony. We expect each employee to contribute to the effort of making Estes a great place to work.

7